Certificate Number: 17082-NYS-DE-041423609

Bankruptcy Case Number: 26-22657

17082-NYS-DE-041423609

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2026, at 8:32 o'clock AM MST, RICHARD J KEZEK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: September 9, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director